# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK RYAN FOX,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81202

**FILED**

JUN 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION

In this original pro se petition for a writ of mandamus or prohibition, petitioner seeks a writ directing the district court to dismiss the criminal complaint against him on the basis that the district court violated his right to a speedy trial.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

20-20980

Further, to the extent that petitioner has counsel, he must proceed by and through his counsel of record. Accordingly, we ORDER the petition DENIED.

_____ *Pickering* , C.J.
Pickering

_____ , J.          _____ , J.
Hardesty                       Stiglich

cc:   Derek Ryan Fox
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk